UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-CR-014 |
| | ) | |
| RAUF MUHAMMAD | ) | |

## O R D E R

The defendant, who is serving a life sentence, has filed a motion for leave to attend his daughter's funeral. That issue is a matter solely within the discretion of the Bureau of Prisons. The defendant's motion [doc. 239] must therefore be **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge