UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-CR-014 |
| | ) | |
| RAUF MUHAMMAD | ) | |

## **O R D E R**

The defendant, who is serving a life sentence, has filed a *pro se* motion for release from custody. The motion cites no authority by which such relief can be granted, and on the facts presented the Court is aware of none. Thus, while the Court genuinely sympathizes with the concerns shared by the defendant, his motion [doc. 252] must be and is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge