UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-CR-014 |
| | ) | |
| RAUF MUHAMMAD | ) | |

### **O R D E R**

By memorandum and order entered September 9, 2020 [doc. 262], this Court denied the defendant's *pro se* motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). For the reasons provided in that memorandum and order, the defendant's *pro se* motion for reconsideration [doc. 263] is **DENIED** without prejudice to the defendant's right to file a properly documented renewed compassionate release motion in the future.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge