UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-CR-014 |
| | ) | |
| RAUF MUHAMMAD | ) | |

## **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, the defendant's renewed *pro se* motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for compassionate release, as supplemented by counsel, [docs. 268, 272] is **GRANTED**. The defendant's term of imprisonment is reduced to **time served**.

This order shall not take effect until 14 days after its entry in order to allow the Bureau of Prisons time to process the defendant's release and to allow for a quarantine period as directed by the Attorney General.

Further, while on supervised release the defendant shall be subject to the following additional special condition of supervision:

> 1. The defendant shall submit his person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Except as provided herein, all provisions of the judgment dated August 7, 2003, shall remain in effect.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge